**88-1036.** Burris v. Estate of Burris. *Erie*

*County,* No. E-87-36. On motion for rehearing. Rehearing granted.

Moyer, C.J., Holmes and Wright, JJ., dissent.

On motion to certify record. Allowed.

Moyer, C.J., Holmes and Wright, JJ., dissent.